United States District Court for the <u>Western District of Kentucky</u>

District of <u>Louisville</u>

Zahra A. Bouye

Plaintiff,

vs.

Case No. <u>3:20-cv-00201-DJH</u>

James E. Bruce

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that <u>Zahra A. Bouye</u>,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

<u>an Order denying Plaintiff's Fed. R. Civ. P. 59(e) Motion to Reconsider and Vacate</u>
*The final judgment, from an order describing it*

entered in this action on the <u>14th</u> day of <u>December</u>, <u>2021</u>.

(s) <u>/s/ James R. McKenzie</u>

Address: <u>James R. McKenzie Attorney</u>

<u>115 S. Sherrin Avenue, Suite 5</u>

<u>Louisville, KY 40207</u>

Attorney for <u>Plaintiff Zahra A. Bouye</u>

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ☐
    Court of Appeals ☐

6CA-3
11/16