IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| ZAHRA A. BOUYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:20-CV-201-DJH |
| | ) |
| JAMES E. BRUCE, | ) |
| | ) |
| Defendant. | ) |

### **DEFENDANT JAMES E. BRUCE'S NOTICE OF CROSS APPEAL**

Notice is hereby given that Defendant, James E. Bruce ("Mr. Bruce"), hereby appeals to the United States Court of Appeals for the Sixth Circuit from the portion of the Court's December 14, 2021 Order [D.E. 19] denying Mr. Bruce's Motion for Attorney's Fees. [D.E. 15].

This the 5th day of January, 2022.

Respectfully submitted,

/s/ R. Brooks Herrick
R. Brooks Herrick
DINSMORE & SHOHL LLP
101 S. Fifth St., Suite 2500
Louisville, KY 40202
(502) 540-2300
(502) 585-2207
brooks.herrick@dinsmore.com

*Counsel for James E. Bruce*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served this 5th day of January, 2022, using the Court's CM/ECF system, which will send notice to the following:

| | |
|---|---|
| James R. McKenzie | James Hays Lawson |
| James R. McKenzie Attorney, PLLC | Lawson at Law, PLLC |
| 115 S. Sherrin Ave., Suite 5 | 115 S. Sherrin Ave., Suite 5 |
| Louisville, KY 40207 | Louisville, KY 40207 |
| jmckenzie@jmckenzielaw.com | james@kyconsumerlaw.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

                                            /s/ R. Brooks Herrick
                                            *Counsel for James E. Bruce*